UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMME RIBEIRO COLLINS et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE PUBLIC SCHOOLS et al., <br><br> Defendants. | CASE NO. 2:25-cv-01632-JNW <br><br> ORDER |

On October 2, 2025, the Court found that once Plaintiffs filed their amended complaint, the Court would lose subject-matter jurisdiction over this case necessitating remand. Dkt. No. 8 at 1. Plaintiffs filed their amended complaint on October 8, 2025. Dkt. No. 9. Accordingly, this case is REMANDED to King County Superior Court. Under Local Civil Rule 3(i), the remand will become effective FOURTEEN (14) days from the date of this order.

Dated this 3rd day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 1